IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Jackson-Wilson, Melinda | Case Number:  07 B 15250 |
| | Judge:  Hollis, Pamela S |
| Printed:  7/22/08 | Filed:  8/22/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: June 9, 2008
Confirmed: October 15, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 2,840.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,666.83 |
| Trustee Fee: | | 173.17 |
| Other Funds: | | 0.00 |
| Totals: | 2,840.00 | 2,840.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,110.50 | 2,666.83 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 5,606.21 | 0.00 |
| 4. | Midland Credit Management | Unsecured | 152.62 | 0.00 |
| 5. | Sprint Nextel | Unsecured | 876.21 | 0.00 |
| 6. | B-Real LLC | Unsecured | 416.60 | 0.00 |
| 7. | Capital One | Unsecured | 1,740.01 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 1,279.51 | 0.00 |
| 9. | Capital One | Unsecured | 2,796.53 | 0.00 |
| 10. | Premier Bankcard | Unsecured | 449.22 | 0.00 |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | 2,549.55 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 994.52 | 0.00 |
| 13. | CCA | Unsecured | | No Claim Filed |
| 14. | CCA | Unsecured | | No Claim Filed |
| 15. | First Premier | Unsecured | | No Claim Filed |
| 16. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 17. | Resurgent Capital Services | Unsecured | | No Claim Filed |
| 18. | Salute Visa | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 19,971.48 | $ 2,666.83 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 56.16 |
| 6.5% | 117.01 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Jackson-Wilson, Melinda | Case Number:  07 B 15250 |
| | Judge:  Hollis, Pamela S |
| Printed:  7/22/08 | Filed:  8/22/07 |

_____
$ 173.17

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

